**Electronically Filed**
**Supreme Court**
**SCWC-13-0003397**
**27-FEB-2018**
**10:42 AM**

SCWC-13-0003397

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF
THE ESTATE OF ETHEL CAMACHO, Deceased.

-------------------------------------------------------

IN THE MATTER OF
THE ETHEL CAMACHO LIVING TRUST DATED MARCH 3, 2008.

-------------------------------------------------------

NEPHI DANIEL IOANE CAMACHO,
Petitioner/Petitioner-Appellee,

vs.

BEVERLY J. CALKOVSKY,
Respondent/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003397; PROBATE NO. 08-1-0192; TRUST NO. 08-1-0094)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellee Nephi Daniel Ioane Camacho's application for writ of certiorari filed on January 8, 2018, is hereby rejected.

DATED: Honolulu, Hawai'i, February 27, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

